# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

RALF MONDONEDO,

        Plaintiff,

v.

        Case No.      07-4059-JAR

SALLIE MAE INC.,
SLM FINANCIAL CORP.,

        Defendants.

## ORDER

This matter comes before the court upon plaintiff's Motion for Status Conference (Doc. 13).

This motion states:

Plaintiff, . . . respectfully requests this honorable court to set a date for a status conference to determine the future of this litigation as needed to advance with the process. Defendant has filed an Answer with this court far long from its due date and outside the scope of the Civile Rules of Civil Procedure.

Subsequent to the filing of this motion, the court resolved plaintiff's argument that defendant Sallie Mae, Inc., had filed its answer outside the scope of the Federal Rules.[1] So too, the court also entered an Initial Order Regarding Planning and Scheduling (Doc. 15) which set a telephone scheduling conference before this court for August 1, 2007 at 10:30 a.m. As a result, the court believes the issues raised in plaintiff's Motion for Status Conference have been addressed. Consequently, the court will deny the present motion without prejudice and find it moot.

Accordingly,

IT IS THEREFORE ORDERED that plaintiff's Motion for Status Conference (Doc. 13) is denied without prejudice as moot.

---

[1] *See* Order (Doc. 14).

IT IS SO ORDERED.

Dated this 16 day of July, 2007, at Topeka, Kansas.

   s/ K. Gary Sebelius
K. GARY SEBELIUS
United States Magistrate Judge